| | |
|---|---|
| Century 21 Real Estate, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Santa Fe Real Estate Corp., et al., )<br>)<br>Defendants. ) | No. 05-0422-CV-W-DW |

# ORDER

Before the Court is Century 21 Real Estate, LLC's ("Century 21") Motion for Entry of Default and Default Judgment Against Separate Defendant Santa Fe Real Estate Corporation ("Santa Fe"), pursuant to Federal Rule of Civil Procedure 55 (Doc. 10). It appears to this Court that:

1. Century 21's Verified Complaint in the above-entitled case was filed in this Court on May 3, 2005.

2. The registered agent of defendant Santa Fe Real Estate Corporation was personally served with a copy of the Summons and Century 21's Verified Complaint on behalf of and as the registered agent of Santa Fe on May 4, 2005.

3. To date, no answer, responsive motion or other defense has been filed or asserted by defendant Santa Fe.

Therefore, the Court ORDERS that the default of defendant Santa Fe for failure to answer, plead, or otherwise defend is hereby entered.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: December 15, 2005